# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE PROCTOR & GAMBLE U.S. BUSINESS SERVICES COMPANY, as Plan Administrator and on Behalf of THE PROCTOR & GAMBLE PROFIT SHARING TRUST AND EMPLOYEE STOCK OWNERSHIP PLAN and THE PROCTOR & GAMBLE SAVINGS PLAN, <br><br> Plaintiff, <br><br> v. <br><br> ESTATE OF JEFFREY ROLISON, deceased, and MARGARET M. LOSINGER,, <br><br> Defendants. | CIVIL ACTION NO. 3:17-CV-00762 <br><br><br> (JUDGE CAPUTO) |

## ORDER

**NOW**, this 6th day of February, 2018, **IT IS HEREBY ORDERED** that:

(1) The Motion to Dismiss filed by Plaintiff Proctor & Gamble U.S. Services Company (*Doc.* 19) is **DENIED**.

(2) Plaintiff shall file an Answer to Defendant Estate of Jeffery Rolison's Counterclaim **within twenty-one (21) days** from the date of entry of this Order.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge