**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THE PROCTER & GAMBLE U.S. BUSINESS SERVICES COMPANY, as Plan Administrator and on Behalf of THE PROCTER & GAMBLE PROFIT SHARING TRUST AND EMPLOYEE STOCK OWNERSHIP PLAN and THE PROCTER & GAMBLE SAVINGS PLAN<br><br>Plaintiff,<br><br>v.<br><br>ESTATE OF JEFFREY ROLISON, Deceased, MARGARET M. LOSINGER, and MARY LOU MURRAY.<br><br>Defendants. | No. 3:17-CV-00762<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 19th day of October, 2018, **IT IS HEREBY ORDERED** that:

(1) The Motion for Leave to Amend (Doc. 48) filed by Defendant Estate of Jeffrey Rolison is **GRANTED**.

(2) The Motion to Dismiss (Doc. 54) filed by Defendant Margaret M. Losinger is **DENIED**.

(3) The Motion for Leave to File a Combined Motion for Default Judgment and Sur-reply (Doc. 65) filed by Defendant Margaret M. Losinger is **DENIED.**

(4) The Motion for Hearing (Doc. 66) filed by Defendant Margaret M. Losinger is **DENIED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge