IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

THE PROCTER & GAMBLE U.S.
BUSINESS SERVICES COMPANY,
as Plan Administrator and on Behalf
of THE PROCTER & GAMBLE PROFIT
SHARING TRUST AND EMPLOYEE
STOCK OWNERSHIP PLAN and THE
PROCTER & GAMBLE SAVINGS
PLAN

    Plaintiff,

v.

ESTATE OF JEFFREY ROLISON,
Deceased, MARGARET M.
LOSINGER, and MARY LOU MURRAY

    Defendants.

3:17-CV-762
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 21st DAY OF JULY, 2020, for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Defendant Margaret M. Losinger's ("Losinger") Motions for Summary Judgment as to Plaintiff Procter & Gamble U.S. Business Services Company's interpleader action, and the Defendant Estate of Jeffrey Rolison's ("the Estate") crossclaim (Docs. 26, 84, 96) are **GRANTED**.

2. The Estate's Motion for Partial Summary Judgment (Doc. 86) as to P&G's interpleader action is **DENIED**.

3. Judgment is entered **IN FAVOR OF** interpleader-defendant Margaret M. Losinger and **AGAINST** interpleader-defendant Estate of Jeffrey Rolison.

4. Judgment is entered **IN FAVOR OF** interpleader-defendant Margaret M. Losinger and **AGAINST** interpleader-defendant Mary Lou Murray. The claim of Mary Lou Murray is **DISMISSED WITH PREJUDICE**.

5. P&G, as Plan Administrator and on behalf of The Procter & Gamble Profit Sharing Trust and Employee Stock Ownership Plan and The Procter & Gamble Savings Plan ("the Plans"), is directed to pay into the Registry of the Court all amounts due under the Plans including accrued interest.

6. All funds deposited are to be distributed to Defendant Losinger.

7. Losinger's alternatively plead Motion for Default Judgment against Mary Lou Murray is **DENIED AS MOOT**.

_____
Robert D. Mariani
United States District Judge