UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE PROCTER & GAMBLE U.S. BUSINESS SERVICES COMPANY,** as Plan Administrator and on Behalf of **THE PROCTER & GAMBLE PROFIT SHARING TRUST AND EMPLOYEE STOCK OWNERSHIP PLAN** and **THE PROCTER & GAMBLE SAVINGS PLAN**<br>　　　Plaintiff,<br><br>vs.<br><br>**ESTATE OF JEFFREY ROLISON,** Deceased, and **MARGARET M. LOSINGER,**<br>　　　Defendants. | Case No. 3:17-cv-00762-RDM<br>Honorable Karoline Mehalchick |

### MOTION TO CONTINUE AND RESET TELEPHONE STATUS CONFERENCE

Plaintiff, The Procter and Gamble U.S. Business Services Company ("P&G"), in its capacity as Plan Administrator and on behalf of The Procter & Gamble Profit Sharing Trust and Employee Stock Ownership Plan ("PST Plan") and The Procter & Gamble Savings Plan ("Savings Plan") (collectively "the Plans"), respectfully submits the following motion to reset the telephone status conference set for March 12, 2024 at 10:30 a.m. In support of this motion, Plaintiff avers as follows:

1. On February 29, 2024, the Court set a telephone status conference in this matter for March 12, 2024 at 10:30 a.m.

1

2. Undersigned counsel, who is lead counsel for Plaintiff in this matter, has a pre-existing conflict on that date;

3. Counsel for each of the Defendants have been contacted and have no opposition to this motion;

4. All counsel in this matter are available after 2:00 p.m. on March 20, 2024 and on the morning of March 22, 2024 should those dates and times be convenient to the Court.

5. This request is being made in good faith and not for purposes of undue delay.

**WHEREFORE**, the undersigned counsel respectfully requests that the telephone status conference in this matter be reset.

Respectfully submitted:

 /s/ René E. Thorne
Amanda E. Steinke (Bar # 321186)
Amanda.Steinke@jacksonlewis.com
**JACKSON LEWIS P.C.**
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, PA  19102
Telephone:  (267) 319-7802
Facsimile:   (215) 399-2249

René E. Thorne
Admitted *pro hac vice*
**JACKSON LEWIS P.C.**
650 Poydras Street, Suite 1900
New Orleans, Louisiana  70130
Telephone:  (504) 208-1755
Facsimile:   (504) 208-1759
ThorneR@jacksonlewis.com

**COUNSEL FOR PLAINTIFF/
COUNTER-DEFENDANT**

Dated:  March 4, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2024, a true and correct copy of the above and foregoing document was served upon all counsel of record via electronic mail.

 /s/ René E. Thorne
RENÉ E. THORNE

3